GEORGE C. H. KREIS v. JOHN DROTT.

PARTIES IN ERROR FROM JOINT JUDGMENT— ,

One of two defendants in a joint judgment cannot alone prosecute error.

HEARD on ERROR.

*Goebel & Bettinger*, for plaintiff in error.
*Daniel T. Wright*, for defendant in error.

PER CURIAM.

The pleadings in this case authorized a joint judgment against both defendants, and such judgment was rendered by the court of common pleas. One of the defendants can not alone prosecute error in this court. Smetters v. Rainey, 14 Ohio St., 287; Burke v. Taylor, 45 Ohio St., 444 [15 N. E. Rep. 471].

Motion to dismiss petition in error sustained.